FILED

2017 APR -4 PM 1: 23

CLERK U.S. DISTRICT COURT
CENTRAL DIST OF CALIF.
LOS ANGELES

BY_____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

February 2017 Grand Jury

CR17- 0192

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>DANIEL PADILLA and<br>ELENA YVETTE RUIZ,<br><br>      Defendants. | CR No. 17-<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 1349: Conspiracy to Commit Bank Fraud; 18 U.S.C. § 1344: Bank Fraud; 18 U.S.C. § 1028A(a)(1): Aggravated Identity Theft; 18 U.S.C. § 1029(a)(2): Use of Unauthorized Access Devices; 18 U.S.C. § 1029(a)(3): Unlawful Possession of Fifteen or More Unauthorized Access Devices; 18 U.S.C. § 1704: Possession of a Counterfeit Postal Key; 18 U.S.C. § 1708: Mail Theft and Possession of Stolen Mail; 18 U.S.C. § 922(g)(1): Felon in Possession of a Firearm and Ammunition; 18 U.S.C. § 2(a): Aiding and Abetting] |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 1349]

A.   INTRODUCTORY ALLEGATIONS

At all times relevant to this Indictment, Bank of America, N.A. ("Bank of America") was a federally insured financial institution.

B.   OBJECT OF THE CONSPIRACY

Beginning on a date unknown to the Grand Jury, but no later than July 20, 2016, and continuing until on or about August 2, 2016, in Los Angeles County, within the Central District of California, and elsewhere, defendants DANIEL PADILLA ("PADILLA") and ELENA YVETTE RUIZ ("RUIZ"), together with others known and unknown to the Grand Jury, knowingly conspired and agreed with each other to execute a scheme to defraud Bank of America, a federally insured financial institution, as to material matters, and to obtain moneys, funds, assets, and other property owned by and in the custody and control of Bank of America by means of material false and fraudulent pretenses, representations, and promises, and the concealment of material facts, in violation of Title 18, United States Code, Section 1344.

C.   MEANS BY WHICH THE OBJECT OF THE CONSPIRACY WAS TO BE ACCOMPLISHED

The object of the conspiracy was to be accomplished, in substance, as follows:

1.   Defendants PADILLA and RUIZ would obtain unauthorized access devices, including debit cards, that were stolen from other individuals.

2.   Defendants PADILLA and RUIZ would use the stolen debit cards at automated teller machines ("ATMs") to withdraw cash from other individuals' checking accounts without authorization.

D.   OVERT ACTS

In furtherance of the conspiracy and to accomplish its object, on or about the following dates, defendants PADILLA and RUIZ, and others known and unknown to the Grand Jury, committed various overt acts in Los Angeles County, within the Central District of

2

California, and elsewhere, including, but not limited to, the following:

Overt Act No. 1:   On or about July 20, 2016, defendant RUIZ used a stolen debit card ending in 7839 (the "7839 Debit Card") at an ATM located at 23800 Vermont Avenue in Harbor City, California, to withdraw $60 from a Bank of America checking account ending in 3293 that was a custodial account for A.C. (the "A.C. Bank Account") without authorization.

Overt Act No. 2:   On or about July 21, 2016, defendant PADILLA used the 7839 Debit Card at an ATM located at 330 East Manchester Boulevard in Inglewood, California, to withdraw $200 from the A.C. Bank Account without authorization.

Overt Act No. 3:   On or about July 22, 2016, defendant PADILLA used the 7839 Debit Card at an ATM located at 330 East Manchester Boulevard in Inglewood, California, to withdraw $100 from the A.C. Bank Account without authorization.

Overt Act No. 4:   On or about July 22, 2016, defendant PADILLA used the 7839 Debit Card at an ATM located at 118 West Rosencrans Avenue in Gardena, California, to withdraw $200 from the A.C. Bank Account without authorization.

Overt Act No. 5:   On or about July 22, 2016, defendant PADILLA used the 7839 Debit Card at an ATM located at 870 East Del Amo Boulevard in Carson, California, to withdraw $200 from the A.C. Bank Account without authorization.

Overt Act No. 6:   On or about July 22, 2016, defendant PADILLA used the 7839 Debit Card at an ATM located at 12547 Hawthorne Boulevard in Hawthorne, California, to withdraw $200 from the A.C. Bank Account without authorization.

Overt Act No. 7:    On or about July 23, 2016, defendant PADILLA used the 7839 Debit Card at an ATM located at 870 East Del Amo Boulevard in Carson, California, to withdraw $800 from the A.C. Bank Account without authorization.

Overt Act No. 8:    On or about July 24, 2016, defendant PADILLA used the 7839 Debit Card at an ATM located at 951 North Avalon Boulevard in Wilmington, California, to withdraw $900 from the A.C. Bank Account without authorization.

Overt Act No. 9:    On or about July 24, 2016, defendants PADILLA and RUIZ drove to an ATM located at 4400 Tweedy Boulevard in South Gate, California, where defendant PADILLA used a stolen debit card ending in 3530 (the "3530 Debit Card") to withdraw $400 from the A.C. Bank Account without authorization, while defendant RUIZ waited in the car.

Overt Act No. 10:    On or about July 25, 2016, defendant PADILLA used the 3530 Debit Card at an ATM located at 23800 Vermont Avenue in Harbor City, California, to withdraw $600 from the A.C. Bank Account without authorization.

Overt Act No. 11:    On or about July 26, 2016, defendant PADILLA used the 3530 Debit Card at an ATM located at 951 North Avalon Boulevard in Wilmington, California, to withdraw $1,000 from the A.C. Bank Account without authorization.

Overt Act No. 12:    On or about August 2, 2016, defendant PADILLA possessed the 7839 Debit Card and the 3530 Debit Card without authorization.

4

COUNTS TWO THROUGH SIX

[18 U.S.C. § 1344]

A.   INTRODUCTORY ALLEGATIONS

1.   At all times relevant to this Indictment, Bank of America, N.A. ("Bank of America") was a federally insured financial institution.

B.   SCHEME TO DEFRAUD

2.   Beginning on a date unknown to the Grand Jury, but no later than July 20, 2016, and continuing until on or about August 2, 2016, in Los Angeles County, within the Central District of California, and elsewhere, defendants DANIEL PADILLA ("PADILLA") and ELENA YVETTE RUIZ ("RUIZ"), together with others known and unknown to the Grand Jury, knowingly and with intent to defraud, executed and attempted to execute a scheme to obtain moneys, funds, assets, and other property owned by and in the custody and control of Bank of America by means of material false and fraudulent pretenses, representations, and promises, and the concealment of material facts.

3.   The fraudulent scheme operated, in substance, in the following manner:

a.   Defendants PADILLA and RUIZ would obtain unauthorized access devices, including debit cards, that were stolen from other individuals.

b.   Defendants PADILLA and RUIZ would use the stolen debit cards at automated teller machines ("ATMs") to withdraw cash from other individuals' checking accounts without authorization.

C.   EXECUTION OF THE FRAUD SCHEME

4.   On or about the following dates, in Los Angeles County, within the Central District of California, and elsewhere, defendants

5

PADILLA and RUIZ, together with others known and unknown to the Grand Jury, committed and willfully cause others to commit the following acts, each of which constituted an execution of the fraudulent scheme:

| COUNT | DEFENDANT | DATE | ACT |
|---|---|---|---|
| TWO | RUIZ | July 20, 2016 | Use of stolen debit card ending in 7839 to withdraw $60 from a Bank of America checking account ending in 3293 that was a custodial account for A.C. (the "A.C. Bank Account") at 23800 Vermont Ave., Harbor City, California |
| THREE | PADILLA | July 23, 2016 | Use of stolen debit card ending in 7839 to withdraw $800 from the A.C. Bank Account at 870 E. Del Amo Blvd., Carson, California |
| FOUR | PADILLA | July 24, 2016 | Use of stolen debit card ending in 7839 to withdraw $900 from the A.C. Bank Account at 951 N. Avalon Blvd., Wilmington, California |
| FIVE | PADILLA | July 25, 2016 | Use of stolen debit card ending in 3530 to withdraw $600 from the A.C. Bank Account at 23800 Vermont Ave., Harbor City, California |
| SIX | PADILLA | July 26, 2016 | Use of stolen debit card ending in 3530 to withdraw $1,000 from the A.C. Bank Account at 951 N. Avalon Blvd., Wilmington, California |

COUNT SEVEN

[18 U.S.C. §§ 1028A(a)(1); 2(a)]

Beginning on a date unknown to the Grand Jury, but no later than July 20, 2016, and continuing until on or about August 2, 2016, in Los Angeles County, within the Central District of California, defendants DANIEL PADILLA ("PADILLA") and ELENA YVETTE RUIZ ("RUIZ"), each aiding and abetting the other, knowingly possessed and used, without lawful authority, a means of identification that defendants PADILLA and RUIZ knew belonged to another person, namely, the name of G.C., contained on a debit card ending in 3530, during and in relation to Conspiracy to Commit Bank Fraud, a felony violation of Title 18, United States Code, Section 1349, as charged in Count One of this Indictment.

7

COUNT EIGHT

[18 U.S.C. §§ 1029(a)(2); 2(a)]

Beginning on or about January 1, 2016, and ending on or about December 31, 2016, in Los Angeles County, within the Central District of California, defendants DANIEL PADILLA and ELENA YVETTE RUIZ, each aiding and abetting the other, knowingly and with intent to defraud, used one or more unauthorized access devices, namely, a debit card ending in 7839 in the name of "Valued Customer" and a debit card ending in 3530 in the name of G.C., and by such conduct obtained things of value aggregating at least $1,000 during that period, with said use having an effect on interstate and foreign commerce.

COUNT NINE

[18 U.S.C. § 1029(a)(3)]

On or about August 2, 2016, in Los Angeles County, within the Central District of California, defendant DANIEL PADILLA ("PADILLA") knowingly and with intent to defraud possessed at least fifteen unauthorized access devices, as defined in Title 18, United States Code, Sections 1029(e)(1) and (3), namely, approximately 110 credit and debit card account numbers, all belonging to persons other than defendant PADILLA, with said possession affecting interstate and foreign commerce.

COUNT TEN

[18 U.S.C. § 1028A(a)(1)]

On or about August 2, 2016, in Los Angeles County, within the Central District of California, defendant DANIEL PADILLA ("PADILLA") knowingly possessed and used, without lawful authority, a means of identification that defendant PADILLA knew belonged to another person, namely, the names of credit, debit, and bank account holders contained on approximately 99 credit and debit cards, during and in relation to Possession of At Least Fifteen Unauthorized Access Devices, a felony violation of Title 18, United States Code, Section 1029(a)(3), as charged in Count Nine of this Indictment.

COUNT ELEVEN

[18 U.S.C. § 1704]

On or about August 2, 2016, in Los Angeles County, within the Central District of California, defendant DANIEL PADILLA knowingly possessed with the intent to unlawfully and improperly use, and to cause the same to be unlawfully and improperly used, a key suited to a lock adopted and in use at the time by the United States Post Office Department and Postal Service, and to any authorized receptacle for the deposit and delivery of mail matter, namely, one counterfeit Postal Service "arrow" key.

11

COUNT TWELVE

[18 U.S.C. § 1708]

On or about August 2, 2016, in Los Angeles County, within the Central District of California, defendant DANIEL PADILLA stole, took, and abstracted mail from and out of a letter box, mail receptacle, mail route, and authorized depository for mail matter, namely, a mailbox panel located at 1415 Stanford Avenue, Redondo Beach, California, with the intent to deprive the owners of the mail, temporarily and permanently, of its use and benefit.

COUNT THIRTEEN

[18 U.S.C. § 1708]

On or about August 2, 2016, in Los Angeles County, within the Central District of California, defendant DANIEL PADILLA ("PADILLA") unlawfully possessed mail matter that had been stolen and taken from the United States mail, namely, approximately 74 pieces of mail and mail matter addressed to various individuals within Los Angeles County and elsewhere, and at that time and place defendant PADILLA knew that said mail matter was stolen.

COUNT FOURTEEN

[18 U.S.C. § 922(g)(1)]

On or about April 28, 2016, in Los Angeles County, within the Central District of California, defendant DANIEL PADILLA ("PADILLA") knowingly possessed a firearm, namely, an AA Arms, model AP9, 9mm Luger caliber pistol, bearing serial number 022680, and ammunition, namely, approximately nine rounds of Winchester 9mm Luger caliber ammunition, in and affecting interstate and foreign commerce.

Such possession occurred after defendant PADILLA had been convicted of at least one of the following felony crimes, each punishable by a term of imprisonment exceeding one year, namely:

(1) Possession of a Controlled Substance, in violation of California Health and Safety Code Section 11350(a), in the Superior Court of the State of California, County of Los Angeles, case number TA117317, on or about April 8, 2011;

(2) Possession of a Controlled Substance, in violation of California Health and Safety Code Section 11377(a), in the Superior Court of the State of California, County of Los Angeles, case number TA120003, on or about December 14, 2011;

(3) Evading Peace Officer, in violation of California Vehicle Code Section 2800.2(a), in the Superior Court of the State of California, County of Los Angeles, case number TA127106, on or about February 22, 2013;

(4) Vehicle Theft, in violation of California Vehicle Code Section 10851(a), in the Superior Court of the State of California, County of Los Angeles, case number TA127106, on or about February 22, 2013; and

14

(5) Evading Peace Officer, in violation of California Vehicle Code Section 2800.2(a), in the Superior Court of the State of California, County of Los Angeles, case number NA097720, on or about March 5, 2014.

COUNT FIFTEEN

[18 U.S.C. § 922(g)(1)]

On or about August 2, 2016, in Los Angeles County, within the Central District of California, defendant DANIEL PADILLA ("PADILLA") knowingly possessed a firearm, namely, a Springfield Armory, model XDS, .45 automatic caliber pistol, bearing serial number S3115980, and ammunition, namely, approximately three rounds of Winchester .45 automatic caliber ammunition, in and affecting interstate and foreign commerce.

Such possession occurred after defendant PADILLA had been convicted of at least one of the following felony crimes, each punishable by a term of imprisonment exceeding one year, namely:

(1) Possession of a Controlled Substance, in violation of California Health and Safety Code Section 11350(a), in the Superior Court of the State of California, County of Los Angeles, case number TA117317, on or about April 8, 2011;

(2) Possession of a Controlled Substance, in violation of California Health and Safety Code Section 11377(a), in the Superior Court of the State of California, County of Los Angeles, case number TA120003, on or about December 14, 2011;

(3) Evading Peace Officer, in violation of California Vehicle Code Section 2800.2(a), in the Superior Court of the State of California, County of Los Angeles, case number TA127106, on or about February 22, 2013;

(4) Vehicle Theft, in violation of California Vehicle Code Section 10851(a), in the Superior Court of the State of California, County of Los Angeles, case number TA127106, on or about February 22, 2013; and

16

(5) Evading Peace Officer, in violation of California Vehicle Code Section 2800.2(a), in the Superior Court of the State of California, County of Los Angeles, case number NA097720, on or about March 5, 2014.

A TRUE BILL

_____
Foreperson

SANDRA R. BROWN
Acting United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

LIZABETH A. RHODES
Assistant United States Attorney
Chief, General Crimes Section

ROBYN K. BACON
Assistant United States Attorney
Deputy Chief, General Crimes
Section

VICTORIA A. DEGTYAREVA
Assistant United States Attorney
General Crimes Section